**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Un1ted State

Plaintiff,

-against-

Celso Moreira Heredia

Defendant.

26-cr 00014 (LTS)

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON ORAL MOTION**

Upon the oral motion of __Silvia B. Piñera-Vazquez__ , for

admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of

__Florida__ ; and that his/her contact information is as follows

(please print):

Applicant's Name: __Silvia B. Piñera-Vazquez__

Firm Name: __Piñera-Vazquez Law Firm__

Address: __901 Ponce De Leon Blvd. #400__

City / State / Zip: __Coral Gables, FL. 33134__

Telephone / Fax: __305  443-0629__

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for

__Celso Moreira Heredia__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above

captioned case in the United States District Court for the Southern District of New York. All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys. Counsel shall immediately forward the Pro Hac Vice fee to the Clerk of Court.

Dated: __7/6/26__

United States District / ~~Magistrate~~ Judge