**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 5, 2026

**BY EMAIL**
Honorable Barbara Moses
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Jaime Estrada Medranda, et al.*, S1 26 Cr. 14 (LTS)**

Dear Magistrate Judge Moses:

The Government respectfully requests that the Superseding Indictment for the above-captioned case be unsealed.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By:______/s/______________________

Jeffrey Coyle / Jonathan Bodansky / Jane Chong / Varun Gumaste
Assistant United States Attorneys
(212) 637-2437

**SO ORDERED:**

__________________________________
THE HONORABLE BARBARA MOSES
United States Magistrate Judge
Southern District of New York

11/5/26